**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7201**

———————————

TERRANCE MAYO; MARCELO CARTAGENA,

Plaintiffs - Appellants,

and

CLINTON ROBINSON; DARRELL HOWARD,

Plaintiffs,

versus

WILLIE SCOTT, Warden at WCC/Rivers
Correctional Institution,

Defendant - Appellee,

and

WACKENHUT CORRECTIONAL CORPORATION, c/o Wayne
H. Calabrese, President; PHILIP MORRIS USA,
INCORPORATED,

Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-03-45-5-H)

———————————

Submitted:  March 31, 2004          Decided:  August 19, 2004

_____

Before LUTTIG, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrance Mayo, Marcelo Cartagena, Appellants Pro Se. Mark Allen Davis, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrance Mayo and Marcelo Cartagena appeal the district court's order granting Defendant's motion for summary judgment in this action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Robinson v. Scott</u>, No. CA-03-45-5-H (E.D.N.C. July 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>